**Glenn W. CARTER, Plaintiff—Appellant,**

v.

**Jo Anne BARNHART, Commissioner of Social Security, Defendant—Appellee.**

**No. 04–1409.**

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 22, 2004.

Decided Nov. 22, 2004.

Roger W. Rutherford, Wolfe, Williams & Rutherford, Norton, Virginia, for Appellant. Donna L. Calvert, Regional Chief Counsel, Region III, Patricia M. Smith, Deputy Chief Counsel, Shawn C. Carver, Assistant Regional Counsel, Philadelphia, Pennsylvania; John L. Brownlee, United States Attorney, Julie C. Dudley, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Glenn W. Carter appeals the district court's order granting summary judgment for the Commissioner and affirming the Commissioner's denial of disability insurance benefits and supplemental security income. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Carter v. Barnhart,* No. CA–03–8 (W.D.Va. Feb. 4, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*